ORIGINAL

FILED
AUG 23 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
JAMES WILLIAM ARMSTRONG ) Case No. 06-52132 SLJ
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

The final dividend to Creditor, HARLEY DAVIDSON CREDIT in the above entitled matter was returned marked: RETURN TO SENDER - REFUSED - UNABLE TO FORWARD

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $64.36 as an unclaimed dividend.

Claim # 14     HARLEY DAVIDSON CREDIT
8529 INNOVATION WAY
CHICAGO, IL  60682

Dated: August 19, 2011

DEVIN DERHAM-BURK, TRUSTEE

CHAPTER 13 TRUSTEE
P.O. BOX 50013
SAN JOSE, CA 95150-0013

HARLEY DAVIDSON CREDIT
8529 INNOVATION WAY
CHICAGO, IL 60682

RECEIVED
AUG 13 2010
DEVIN DERHAM-BURK
TRUSTEE CHAPTER 13

ID#9999 MS: 8529 24496B030


UNITED STATES POSTAGE
02 1M
000 4264685
MAILED FROM ZIPCODE 95032
$ 00.44⁰
JUL 14 2010
PITNEY BOWES

BANK OF AMER-
REFUSED
RETURN -

NIXIE    605    DE 1    00    08/09/10

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 9515001313    *2756-08640-14-39