ORIGINAL

FILED
SEP 0 7 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA 95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile: (408) 354-5513

5  Trustee for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| | ) |
| JAMES WILLIAM ARMSTRONG | ) Case No. 06-52132 SLJ |
| | ) |
| | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | ) |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2497123 for an unclaimed dividend in the amount of $9.85. The name and address of the claimant entitled to the unclaimed dividend is as follows;

JAMES WILLIAM ARMSTRONG
1690 HANCHETT AVE
SAN JOSE, CA 95128

Dated: September 02, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE

Case: 06-52132   Doc# 38   Filed: 09/07/11   Entered: 09/12/11 16:17:38   Page 1 of 1
06-52132 SLJ - Notice of Unclaimed Dividend